567 A.2d 1043

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Louis DeFUSCO.**

Supreme Court of Pennsylvania.

Argued Dec. 15, 1989.

Decided Jan. 5, 1990.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Hugh J. Burns, Jr., Asst. Dist. Atty., William G. Chadwick, First Asst. Dist. Atty., for appellant.

John M Elliott, Brian P. Kenney, Philadelphia, for amicus-Delaware River Port Authority.

Alan L. Yatvin, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the consideration or decision of this case.